AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL OLSKI

V.

GPM TECHNOLOGIES, LTD.,
THOMAS GALZIN, and MARY JO GALZIN

CASE NUMBER: 08 CV 1671

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

GPM Technologies, Ltd.
c/o Thomas Galzin
38W100 Creekside Drive
St. Charles, IL 60175

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James K. Borcia
Bill Katris
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 27 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 7, 2008 |
| NAME OF SERVER (PRINT) Wm. L. Shurtleff | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate: Served Through Thomas Gralzin, at 3800 W. 100 Crossroads Drive - St Charles, IL, on 7-7-08, at 11am. Thomas Gralzin is a White Male, 56, 6'2", 220, & Has Grey Hair.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 8, 2008    Wm. L. Shurtleff
              Date           Signature of Server

17 W 480 Lake Street
Address of Server
Addison, IL 60101

Sworn to and subscribed before me this 8th day of July, 2008.
Witness my hand and official seal.
Notary Public Lena A. Conforti

**OFFICIAL SEAL**
**LENA A CONFORTI**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.