AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL OLSKI

V.

GPM TECHNOLOGIES, LTD.,
THOMAS GALZIN, and MARY JO GALZIN

CASE NUMBER: 08 CV 1671

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Thomas Galzin
38W100 Creekside Drive
St. Charles, IL 60175

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James K. Borcia
Bill Katris
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 27 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 7, 2008 |
| NAME OF SERVER (PRINT)  Wm. L. Shurtleff | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 38 W 100 Creekside Drive - St. Charles, IL 60175

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 8, 2008      Wm. L. Shurtleff
            Date                Signature of Server

Address of Server: 17 W 480 Lake Street, Addison, IL 60101

Sworn to and subscribed before me this 8th day of July, 2008
Witness my hand and official seal.
Notary Public  Lena A. Conforti

OFFICIAL SEAL
LENA A CONFORTI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/05/12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.