UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

MICHAEL OLSKI
v.
GPM TECHNOLOGIES, LTD., THOMAS GALZIN, and
MARY JO GALZIN

Case Number: 08 CV 1671

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

THOMAS GALZIN and MARY JO GALZIN

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE |
| NAME: Stanley A. Kitzinger | NAME |
| FIRM: McKnight, Kitzinger, McCarty & Pravdic, LLC | FIRM |
| STREET ADDRESS: 117 N. Jefferson Street, Suite 301 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 312-463-9400   FAX NUMBER: 312-463-9401 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS: skitzinger@mkmplaw.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6231050 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☑   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☑   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |