UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL OLSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08CV1671 |
| | ) | |
| GPM TECHNOLOGIES, LTD., | ) | |
| THOMAS GALZIN and MARY JO | ) | |
| GALZIN | ) | |
| | ) | |
| Defendants | ) | |

### THOMAS GALZIN AND MARY JO GALZIN'S MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

NOW COME the Defendants, Thomas Galzin and Mary Jo Galzin, by and through their attorneys, McKnight, Kitzinger, McCarty & Pravdic LLC, and move this Court to enlarge the time for them to file their responsive pleading to Plaintiff's Complaint. In support of their Thomas Galzin and Mary Jo Galzin state as follows:

1. On August 26, 2008, Thomas Galzin and Mary Jo Galzin filed their appearances through counsel in this cause.

2. Subsequent to being served with process and prior to filing their appearances in this matter the parties engaged in settlement discussions. Said discussions were unsuccessful.

1

3. Defendants seek 28 days in which to consult with counsel in order to file their responsive pleadings to Plaintiff's Complaint.

Respectfully submitted,

s/Stanley A. Kitzinger
Stanley A. Kitzinger
MCKNIGHT, KITZINGER,
MCCARTY & PRAVDIC, L.L.C.
117 North Jefferson Street, Suite 301
Chicago, Illinois 60661
312.463.9400
312.463.9401
ARDC # 6231050

## PROOF OF SERVICE BY MAIL

I, Stanley A. Kitzinger, an attorney, being first duly sworn on oath, depose and say that I served a copy of the attached document(s) by filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to James K. Borcia at jborcia@tsmp.com on the 26th day of August, 2008.

s/Stanley A. Kitzinger
Stanley A. Kitzinger
MCKNIGHT, KITZINGER,
MCCARTY & PRAVDIC, L.L.C.
117 North Jefferson Street, Suite 301
Chicago, Illinois 60661
312.463.9400
312.463.9401
ARDC # 6231050