UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL OLSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08CV1671 |
| | ) | |
| GPM TECHNOLOGIES, LTD., | ) | |
| THOMAS GALZIN and MARY JO | ) | |
| GALZIN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: James K. Borcia (jborcia@tsmp.com)
Tressler, Soderstrom, Maloney & Priess, LLP

On **September 4, 2008**, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Leinenweber, or any judge sitting in his stead, in the courtroom usually occupied by her in Room 1941 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the enclosed **Thomas Galzin and Mary Jo Galzin's Motion for Enlargement of Time to File Their Responsive Pleading to Plaintiff's Complaint.**

s/Stanley A. Kitzinger
Stanley A. Kitzinger
MCKNIGHT, KITZINGER,
MCCARTY & PRAVDIC, L.L.C.
117 North Jefferson Street, Suite 301
Chicago, Illinois 60661
312.463.9400
312.463.9401
ARDC # 6231050

## PROOF OF SERVICE BY MAIL

    I, Stanley A. Kitzinger, an attorney, being first duly sworn on oath, depose and say that I served a copy of the attached document(s) by filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to James K. Borcia at jborcia@tsmp.com on the 26th day of August, 2008.

s/Stanley A. Kitzinger
Stanley A. Kitzinger
MCKNIGHT, KITZINGER,
MCCARTY & PRAVDIC, L.L.C.
117 North Jefferson Street, Suite 301
Chicago, Illinois 60661
312.463.9400
312.463.9401
ARDC # 6231050
