**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Michael Olski
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01671
                                             Honorable Harry D. Leinenweber

GPM Technologies, Ltd., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

　　　　MINUTE entry before the Honorable Harry D. Leinenweber:Thomas Galzin and Mary Jo Galzin's Motion for enlargement of time of 28 days in which to file their responsive pleading to plaintiff's complaint[12] is granted. Status hearing reset for 10/17/2008 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.